UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 14-mj-2038 |
| v. | ) | |
| | ) | |
| JAMES GOLDEN | ) | |

**GOVERNMENT'S MOTION TO UNSEAL**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Complaint and Arrest Warrant filed in this matter be unsealed by the Court.

Respectfully submitted,

DAVID RIVERA
United States Attorney
Middle District of Tennessee

*s/ Clay T. Lee*
CLAY T. LEE
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
(615) 736-5151

It is so ordered:

_____
E. CLIFTON KNOWLES
U.S. MAGRISTRATE JUDGE