IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 14-mj-2038 |
| | ) |
| JAMES GOLDEN | ) |

ORDER

On the basis of the defendant's affidavit in this cause, the Court determines that the defendant

__X__ is financially able to employ counsel and, therefore, denies his/her application for appointment of counsel at government expense.

___ is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him/her.

___ is financially unable to pay the fee of any witness and pursuant to Rule 17(b), Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that the defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

___ Upon Motion of the Government, the Court may order repayment or partial repayment from the defendant for the attorney and witness fees for these services should it appear the defendant has such ability at a later time.

It is so ORDERED.

Dated: October 7, 2014

_____
E. CLIFTON KNOWLES
United States Magistrate Judge

cc: Federal Public Defender
United States Attorney
United States Probation
United States Marshal