UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:15-00050 |
| | ) | JUDGE SHARP |
| JAMES GOLDEN | ) | SEALED CASE |

**O R D E R**

The plea hearing scheduled for Monday, June 8, 2015, at 1:30 p.m. is continued to 2:30 p.m. the same day.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE